# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>ANNUITY ALTERNATIVES OF AMERICA, LLC.,<br><br>Defendant. | Adv. Proc. No.: 19-51037 (JKS)<br><br>**Ref Docket Nos. 28-29** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO        )
                     ) ss.:
COUNTY OF FRANKLIN   )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 16, 2021, I caused to be served the:

   a. "Plaintiff's Request for Entry of Default," dated September 16, 2021, (the "Request") [Docket No. 28], and

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

-1-

    b.  "Entry of Default," (the "Default Entry") dated September 16, 2021, [Docket No. 29],

by causing true and correct copies of the:

    i.    Request to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to: *Annuity Alternatives of America LLC, Attention: James Gilchrist, Officer, 2524 SW Bobalink Circle, Palm City, Florida 34990-2647*, and

    ii.   Default Entry enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

 

                                                                   */s/ Angela Chachoff*
                                                                     Angela Chachoff

Sworn to before me this
20th day of September, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ANNUITY ALTERNATIVES OF AMERICA, LLC | ATTN: JAMES GILCHRIST, OFFICER | 2524 SW BOBALINK CIR | | | PALM CITY | FL | 34990-2647 |
| ANNUITY ALTERNATIVES OF AMERICA, LLC | ATTN: JAMES GILCHRIST OFFICER | 2909 GROVE DRIVE | | | FORT PIERCE | FL | 34981 |
| CAPITAL ADMINISTRATIONS LLC | R/A FOR ANNUITY ALTERNATIVES OF AMERICA, LLC | 1712 PIONEER AVENUE, STE. 115 | | | CHEYENNE | WY | 82001-4406 |